No. 5162.—Logia Adelphia, etc. aplda. *v.* Gran Logia Soberana, etc., aplte.—C. D. Mayagüez. ▉▉▉▉ Noviembre 10, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Examinado el escrito de apelación de octubre 22 y el señalamiento de errores que al mismo se acompaña, a la luz de la ley que autoriza las apelaciones de las sentencias de esta corte para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito, no existiendo cuantía envuelta, ni llegando en todo caso la que se dice envuelta a la suma jurisdiccional, ni tampoco cuestión alguna constitucional en la forma requerida por la ley y la jurisprudencia, no ha lugar a admitir el recurso.

El Juez Asociado Señor Texidor no intervino.

No. 4492.—The Porto Rico Coal Co., aplte., *v.* Gallardo, Tesorero, apldo.—C. D. San Juan. ▉▉▉▉▉▉ Noviembre 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

A petición de la demandante el tribunal enmendó la resolución que dictara al enviar a la corte inferior el mandato recibido de Boston.

No. 5210.—Combate Tobacco Corporation, aplda., *v.* Santini Fertilizer Co., et als., aplte. la primera.—C. D. San Juan. ▉▉▉▉▉▉▉ Noviembre 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Confirmada. El Juez Asociado Señor Texidor no intervino.